**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

OCT 1 7 2023

FOR THE DISTRICT OF NEW MEXICO

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,                ) | |
| )                                              | |
| Plaintiff,                          ) | CRIMINAL NO. 23-1544 KWR |
| )                                              | |
| vs.                                    ) | 18 U.S.C. § 2250(a):  Failure to Update |
| )                                              | Sex Offender Registration. |
| **RODERICK ALONZA TAYLOR**,            ) | |
| )                                              | |
| Defendant.                        ) | |

## INDICTMENT

The Grand Jury charges:

From on or about October 5, 2022, continuing to on or about August 8, 2023, in

Bernalillo County, in the District of New Mexico and elsewhere, the defendant, **RODERICK**

**ALONZA TAYLOR**, a person required to register under the Sex Offender Registration and

Notification Act by reason of a conviction under California state law, traveled in interstate

commerce from California to New Mexico, and knowingly failed to update a registration.

In violation of 18 U.S.C. § 2250(a).

A TRUE BILL:

_____/S/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney